AO 240A  (Rev. 01/09; NJ 07/16)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

TRACI MANTOVANI, et al.

Plaintiff(s),

v.

WELLS FARGO BANK, NA., et al.

Defendant(s).

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Civil Action No. 18-cv-886

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

[✓]  **GRANTED**, and

[✓]  The clerk is ordered to file the complaint,

[ ]  **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

[ ]  **DENIED**, for the following reasons:

[ ]  **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this 24th day of January, 2018    s/ _Peter M. Sheridan_
                                            Signature of Judicial Officer

                                            Peter G. Sheridan, USDJ
                                            Name and Title of Judicial Officer