UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TRACI MANTOVANI and<br>ROBERT MANTOVANI<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WELLS FARGO BANK, N.A., and<br>M&U OCEAN HOLDINGS LLC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No:<br>18-cv-00886 (PGS)(LHG)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Plaintiff's Emergency Motion for a preliminary injunction [ECF No. 1-4] ; and the Court having fully considered the submissions in support thereof, and any opposition thereto; and having considered the arguments of counsel and for the reasons set forth on the record on January 30, 2018;

IT IS on this 30th day of January, 2018

**ORDERED** that Plaintiff's Emergency Motion for a preliminary injunction is [ECF No. 1-4] is DENIED;

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.