**ReedSmith**
Driving progress
through partnership

David G. Murphy
Direct Phone: +1 609 514 5947
Email: dmurphy@reedsmith.com

R E C E I V E D

JUN 0 8 2018

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Reed Smith LLP
Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

June 4, 2018

**Via Electronic Filing &
Courtesy Copy via Regular Mail**

Hon. Judge Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

SO ORDERED: /s/ Peter Sheridan
DATED: 6/8/18

Re:   **Mantovani, et al. v. Wells Fargo Bank, N.A., et al.**
      **Civil Action 3:18-cv-00886-PGS-DEA**

Dear Judge Sheridan:

This firm represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced matter. We write this letter in response to the Motion for Default Judgement filed by Plaintiffs Traci Mantovani and Robert Mantovani ("Plaintiffs") against Defendant M&U Holdings, LLC.

Plaintiffs' Motion is not directed against Wells Fargo and does not seek relief from the Court concerning Wells Fargo. Accordingly, we will not appear for oral argument for Plaintiffs' Motion, scheduled for June 18, 2018 at 1:30 p.m., unless otherwise directed by the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ David G. Murphy

David G. Murphy

cc:   Traci Mantovani and Robert Mantovani, *pro se* (via Regular and Certified Mail)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦
MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦
WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware